**Richard Leland NEAL, Plaintiff—
Appellant,**

v.

**QUALITY LOAN SERVICE CORP.;
et al., Defendants—Appellees.**

No. 07–55383.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2008.*

Filed Nov. 24, 2008.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Richard Leland Neal, Kingman, AZ, pro se.

Michael J. Fox, Esq., Michael J. Fox Law Offices, Irvine, CA, for Defendants-Appellees.

Before: WALLACE, LEAVY, and THOMAS, Circuit Judges.

** This disposition is not appropriate for publication and is not precedent except as provid-

## MEMORANDUM **

Richard Leland Neal appeals pro se from the district court's order dismissing his diversity action alleging breach of a home mortgage loan contract. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Cholla Ready Mix, Inc. v. Civish,* 382 F.3d 969, 973 (9th Cir.2004), and we affirm.

■ The district court properly dismissed the breach of contract claim because Neal failed to allege specific facts supporting the necessary elements of a breach of contract claim. *See Walsh v. West Valley Mission Cmty. Coll. Dist.,* 66 Cal.App.4th 1532, 78 Cal.Rptr.2d 725, 733 (Ct.App.1998) (outlining elements of a breach of contract claim).

■ The district court properly dismissed Neal's claim to quiet title because he failed to allege specific facts supporting his conclusory allegations. *See Cholla Ready Mix,* 382 F.3d at 973 (approving the district court's rejection of allegations that are merely conclusory, unwarranted deductions of fact, or unreasonable inferences).

**AFFIRMED.**